IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

RAPHAEL DAMELL DAVIS                                                                    PLAINTIFF

vs.                                            Civil No. 1:12-cv-1017

MICHAEL VORHEASE; BRYAN
SLAUGHTER; NURSE SUSIE TANKSLEY;
and DAVID JOHNSON                                                                    DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed May 6, 2013 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 27). Judge Bryant recommends that Defendants' Second Motion to Dismiss (ECF No. 24) be granted. The parties have not filed objections to the Report and Recommendation, and the time for doing so has passed. See 28 U.S.C. § 636(b)(1). After reviewing the record *de novo*, the Court finds that Judge Bryant's Report and Recommendation should be adopted in its entirety. Accordingly, the Court hereby adopts Judge Bryant's Report and Recommendation, and Defendants' Second Motion to Dismiss is **GRANTED**. Plaintiff's Complaint is hereby **DISMISSED WITHOUT PREJUDICE**. Defendants' First Motion to Dismiss (ECF No. 18) is therefore **DENIED AS MOOT**.

**IT IS SO ORDERED**, this 29th day of May, 2013.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge